This matter is before the Commission upon Motion of the Plaintiff for an Order compelling Defendant to pay Plaintiff a 10% penalty for late payments pursuant to N.C.G.S. § 97-18;
After reviewing the facts of the case, it appears that the payment in issue was not late as defined by N.C.G.S. § 97-18 and N.C.G.S. § 97-85 and that no penalty or other sanction is appropriate.
IT IS HEREBY ORDERED that Plaintiff's Motion is DENIED.
 S/ ______________________ COY M. VANCE COMMISSIONER
CONCURRING:
S/ ______________________ HOWARD J. BUNN, JR. CHAIRMAN
S/ ______________________ MORGAN CHAPMAN DEPUTY COMMISSIONER